## HATFIELD v. BROWN ET AL.

[No. 18,967. Filed February 20, 1901.]

From the Huntington Circuit Court. Reversed.

J. T. Alexander, M. L. Spencer and W. A. Branyan, for appellant.
J. Q. Cline and J. C. Branyan, for appellees.

BAKER, J.—The parties agree, and correctly so, that this case is governed by the decision in Hatfield v. DeLong, ante, 207. On the authority of that decision, the judgment herein is reversed, with directions to overrule the demurrer to the complaint.

## UNITED STATES SAVINGS AND LOAN COMPANY v. BROCK ET AL.

[No. 18,855. Filed Nov. 27, 1900. Rehearing denied Feb. 22, 1901.]

From the Delaware Circuit Court. Reversed.

A. M. Wagner, J. Bingham and J. Long, for appellant.
R. Warner and A. W. Brady, for appellees.

HADLEY, J.—The facts, the pleadings, rulings of the court, and questions reserved and presented to this court, are the same in all material respects as those involved and determined in United States, etc., Co. v. Rider, 155 Ind. 704, and upon the authority of that case, and International, etc., Assn. v. Wall, 153 Ind. 554, this case is reversed.

Judgment reversed, and cause remanded, with instructions to sustain the demurrer to the second paragraph of answer.